6 So.3d 698 (2009)
Henry T. OLIPHANT, Appellant,
v.
STATE of Florida, DEPARTMENT OF REVENUE, Child Support Enforcement o/b/o Donna R. Porter Oliphant, Appellee.
No. 4D08-4154.
District Court of Appeal of Florida, Fourth District.
March 25, 2009.
Rehearing Denied April 27, 2009.
Henry T. Oliphant, Riviera Beach, pro se.
No appearance for appellee.
*699 PER CURIAM.
Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So.2d 1150 (Fla. 1979).
FARMER, HAZOURI and DAMOORGIAN, JJ., concur.